**Fill in this information to identify the case:**

Debtor name __**Promenade North LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**25-51152**__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 3, 2025__      X __/s/ Hamidou Sacko__
                                                     Signature of individual signing on behalf of debtor

                                                     __Hamidou Sacko__
                                                     Printed name

                                                     __Managing Member__
                                                     Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Promenade North LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | **25-51152** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Roswell 38 Hill St. - Suite 235 Roswell, GA 30075** | | **Alleged Dumpster Service Debt** | **Disputed** | | | $30,000.00 |
| **Eastside Landscaping 50 Ashley Dr. Oxford, GA 30054** | | **Landscaping** | | | | $12,800.00 |
| **First Matter Invest. Partners 3338 Peachtree Rd. - Suite 406 Atlanta, GA 30326** | | **Unsecured Loan** | | | | $215,789.00 |
| **Fulton County Tax Commissioner c/o Dr. Arthur E. Ferdinand 141 Pryor St. SW, #1085 Atlanta, GA 30303** | | **2024 Ad Valorem Tax Liability** | **Disputed** | | | $298,174.89 |
| **Georgia Power 96 Annex Atlanta, GA 30396** | | **Power Service** | **Disputed** | | | $2,000.00 |
| **Internal Revenue Service Centralized Insolvency Op. P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Alleged Partnership Tax Liability** | **Disputed** | | | $300.00 |
| **One Place Commercial, LLC 11175 Cicero Drive, Suite 100 Alpharetta, GA 30022** | | **Property Management Fees** | | | | $213,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Promenade North LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-51152**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................    $    **23,300,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $    **1,563,520.80**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................    $    **24,863,520.80**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **18,300,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................    $    **298,474.89**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **623,589.00**

4.    **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b    $    **19,222,063.89**

**Fill in this information to identify the case:**

Debtor name    **Promenade North LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-51152**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Ameris Bank | Checking | 3983 | $53.00 |
| 3.2. | Banc of California | Checking | 4158 | $99,126.95 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                    **$99,179.95**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor   **Promenade North LLC**                                    Case number *(If known)* **25-51152**
         Name

| 11a. 90 days old or less: | **335,859.01** | - | **0.00** | = .... | **$335,859.01** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **437,212.84** | - | **0.00** | = .... | **$437,212.84** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$773,071.85** |
|---|

**Part 4:     Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

| Debtor | **Promenade North LLC** | | Case number *(If known)* **25-51152** |
|---|---|---|---|

| | acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|---|
| | 55.1. **10930 Crabapple Road Roswell (Fulton County), GA 30074** | Fee simple | $0.00 | N/A | $23,300,000.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $23,300,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **71.** | **Notes receivable** Description (include name of obligor) | | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| | **Unused Net Operating Loss** | Tax year **2023** | $691,269.00 |

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **Promenade North LLC**                                    Case number *(If known)* **25-51152**
_____Name_____

78.  **Total of Part 11.**                                                              | $691,269.00 |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Debtor    **Promenade North LLC**                                    Case number *(If known)*  **25-51152**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $99,179.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $773,071.85 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $23,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $691,269.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,563,520.80 | + 91b. $23,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,863,520.80 |

**Fill in this information to identify the case:**

Debtor name __**Promenade North LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**25-51152**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **iBorrow Credit, LP** | Describe debtor's property that is subject to a lien | $18,300,000.00 | $24,172,198.80 |
|---|---|---|---|---|

Creditor's Name

**12100 Wilshire Blvd.
Suite 510
Los Angeles, CA 90025**

Creditor's mailing address

**Alleged Security Interest in Real and Personal Property of the Debtor**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $18,300,000.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Promenade North LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **25-51152**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Fulton County Tax Commissioner**<br>**c/o Dr. Arthur E. Ferdinand**<br>**141 Pryor St. SW, #1085**<br>**Atlanta, GA 30303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$298,174.89** | **$298,174.89** |
| Date or dates debt was incurred | Basis for the claim:<br>**2024 Ad Valorem Tax Liability** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Georgia Department of Revenue Compliance Division-ARCS Bankr**<br>**1800 Century Blvd. NE, #9100**<br>**Atlanta, GA 30345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Potential Tax Liability** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Promenade North LLC | Case number (if known) | 25-51152 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Op.**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Alleged Partnership Tax Liability**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Banc of California, N.A.**
**3 MacArthur Place**
**Santa Ana, CA 92707**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Deposit Control Agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carl S. von Mehern**
**3355 Pebble Hill Drive**
**Marietta, GA 30062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Potential Debt for Attorneys' Fees**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**City of Roswell**
**38 Hill St. - Suite 235**
**Roswell, GA 30075**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Alleged Dumpster Service Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,800.00 |
|---|---|---|---|

**Eastside Landscaping**
**50 Ashley Dr.**
**Oxford, GA 30054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landscaping**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215,789.00 |
|---|---|---|---|

**First Matter Invest. Partners**
**3338 Peachtree Rd. - Suite 406**
**Atlanta, GA 30326**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Promenade North LLC** | Case number (if known) | **25-51152** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fulton County Finance Dept.**
**141 Pryor St. SW - Suite 7001**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Water and Sewer Service**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Georgia Power**
**96 Annex**
**Atlanta, GA 30396**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Power Service**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jules Yunker**
**3985 Steve Reynolds Boulevard**
**Building B**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Debt for Attorneys' Fees**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**OKCAS Group, LLC**
**555 N. Point Center East #400**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured Insider Loan**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $213,000.00 |
|---|---|---|---|

**One Place Commercial, LLC**
**11175 Cicero Drive, Suite 100**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Property Management Fees**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sentry Roofing Services, LLC**
**5430 Buford Hwy.**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Roofing Services**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Travelers Insurance Co.**
**P.O. Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance Provider**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

| Debtor | **Promenade North LLC** | Case number (if known) | **25-51152** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **United States Attorney**<br>**c/o Andres H. Sandoval, Esq.**<br>**75 Ted Turner Drive SW #600**<br>**Atlanta, GA 30303-3309** | Line  **2.3** <br><br>☐  Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                298,474.89 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 623,589.00 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $                922,063.89 |

**Fill in this information to identify the case:**

Debtor name **Promenade North LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **25-51152**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Tenant Lease (will provide description of term when leases produced to UST on 3/10/25)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aria Timeless Youth Spa, LLC**<br>**5540 Centerview Dr. - Ste. 204**<br>**Raleigh, NC 27606** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Tenant Lease (will provide description of term when leases produced to UST on 3/10/25)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **EWH Restaurant Group, LLC**<br>**7000 Peachtree Dunwoody Rd.**<br>**Ste. 8-100**<br>**Atlanta, GA 30328** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Tenant Lease (will provide description of term when leases produced to UST on 3/10/25)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Globaflo, Inc.**<br>**5318 Cactus Cove Ln.**<br>**Buford, GA 30519** |

| Debtor 1 | **Promenade North LLC** | | | Case number (*if known*) | **25-51152** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease (will provide description of term when leases produced to UST on 3/10/25)** | |
|---|---|---|---|
| | State the term remaining | | **HOA Holdings Group, LLC** |
| | List the contract number of any government contract | | **One Glenlake Pkwy. - Ste. 655 Atlanta, GA 30328** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease (will provide description of term when leases produced to UST on 3/10/25)** | |
|---|---|---|---|
| | State the term remaining | | **Morningbirds Roswell, LLC** |
| | List the contract number of any government contract | | **2300 Lakeview Pkwy. Ste. 700 Alpharetta, GA 30009** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease (will provide description of term when leases produced to UST on 3/10/25)** | |
|---|---|---|---|
| | State the term remaining | | **One Stop Design Studios, LLC** |
| | List the contract number of any government contract | | **760 Old Roswell Rd. Roswell, GA 30076** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease (will provide description of term when leases produced to UST on 3/10/25)** | |
|---|---|---|---|
| | State the term remaining | | **Sisavath, LLC** |
| | List the contract number of any government contract | | **10930 Crabapple Rd. - St. 5 Roswell, GA 30075** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease (will provide description of term when leases produced to UST on 3/10/25)** | |
|---|---|---|---|
| | State the term remaining | | **SoGlo, LLC** |
| | List the contract number of any government contract | | **514 Hollow Ct. Woodstock, GA 30189** |

Debtor 1   **Promenade North LLC**

First Name        Middle Name           Last Name

Case number (*if known*)   **25-51152**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease (will provide description of term when leases produced to UST on 3/10/25)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Villagio Galleries, LLC 44 Milton Ave. - Ste. 223 Alpharetta, GA 30009** |

**Fill in this information to identify the case:**

Debtor name    **Promenade North LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-51152**

☐ Check if this is an
   amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Promenade North LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-51152**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$54,762.70** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,043,167.08** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,060,627.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Promenade North LLC**                                          Case number *(if known)*  **25-51152**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **One Place Commercial, LLC**<br>**11175 Cicero Drive, Suite 100**<br>**Alpharetta, GA 30022** | **Various** | **$24,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.  **iBorrow Credit, LP**<br>**12100 Wilshire Blvd.**<br>**Suite 510**<br>**Los Angeles, CA 90025** | **Various** | **Unknown** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Debtor is still investigating amounts paid to or otherwise received by iBorrow in the 90 day period.** |
| 3.3.  **Stone & Baxter, LLP**<br>**577 Third Street**<br>**Macon, GA 31201** | **02/03/25** | **$11,738.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **$10,000 in attorneys' fees and $1,738 in expenses (for filing fee).** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Note** | | **$0.00** | **Debtor is unaware of any such payments after an initial review but will amend if necessary.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor   **Promenade North LLC**                                                                Case number *(if known)*  **25-51152**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **iBorrow Credit, LP**<br>**12100 Wilshire Blvd.**<br>**Suite 510**<br>**Los Angeles, CA 90025** | **Creditor made various transfers from the Debtor's Banc of California account, which transfers the Debtor is investigating, in the minimum amount listed. Subject to the Debtor's lien review, the Debtor is not alleging that such transfers were improper or without authority.**<br>Last 4 digits of account number:  __4158__ | **Various** | **$99,179.95** |

---

**Part 3:    Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Sewage-related flood damage on more than one occassion in 2024.** | **$0.00** | **Various** | **Unknown** |

---

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Promenade North LLC**                                      Case number *(if known)* **25-51152**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Stone & Baxter, LLP**<br>**577 Third Street**<br>**Macon, GA 31201** | **$5,000 on 1/31/25 and $16,738 on 2/3/25** | **Various** | **$21,738.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Note** | **Debtor is unaware of any such payments after an initial review but will amend if necessary.** | | **$0.00** |
| Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | **Promenade North LLC** | Case number *(if known)* | **25-51152** |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various**<br>**10930 Crabapple Road**<br>**Roswell, GA 30075** | | **Property located on the Debtor's premises that is not scheduled is the property of the Debtor's various tenants.** | **Unknown** |

---

## Part 12:    Details About Environment Information

| Debtor | **Promenade North LLC** | Case number *(if known)* | **25-51152** |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
□ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

□ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Debtor's Location
10930 Crabapple Road
Roswell, GA 30075** | **City of Roswell** | **Verbal notice from City of Roswell regarding potential code violation for overgrowth around the Debtor's retention pond.** | **Approx. December 2024** |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
□ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26a.1. | **One Place Commercial, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022** | **2023 to Present** |

Debtor    **Promenade North LLC**                                    Case number *(if known)*  **25-51152**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **One Place Commercial, LLC**<br>**11175 Cicero Drive, Suite 100**<br>**Alpharetta, GA 30022** | **2023 to Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **GMK Recovery Accounting, LLC**<br>**4001 Summitview Ave. ST. 5-73**<br>**Yakima, WA 98908** | **2023 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **One Place Commercial, LLC**<br>**11175 Cicero Drive, Suite 100**<br>**Alpharetta, GA 30022** | |
| 26c.2.  **Hamidou Sacko**<br>**410 Peachtree Pkwy #4245**<br>**Cumming, GA 30041** | |
| 26c.3.  **GMK Recovery Accounting, LLC**<br>**4001 Summitview Ave. ST. 5-73**<br>**Yakima, WA 98908** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **iBorrow Credit, LP**<br>**12100 Wilshire Blvd.**<br>**Suite 510**<br>**Los Angeles, CA 90025** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hamidou Sacko** | **410 Peachtree Pkwy #4245**<br>**Cumming, GA 30041** | **Sole Member/Managing Member** | **100%** |

Debtor    **Promenade North LLC**                                          Case number *(if known)*  **25-51152**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Note** | **Debtor is unaware of any such payments after an initial review but will amend if necessary.** | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  3, 2025**

**/s/ Hamidou Sacko**                                          **Hamidou Sacko**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re __Promenade North LLC_____    Case No. __25-51152__
                                    Debtor(s)         Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................    $ _____20,000.00

    Prior to the filing of this statement I have received ..................    $ _____20,000.00

    Balance Due ..........................................................................    $ _____0.00

2.  $__1,738.00___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify)    **On 1/31/25 and 2/3/25, the Debtor deposited with the Stone & Baxter, LLP $5,000
    and $16,738, respectively, with $11,738 applied pre-petition and with $10,000 in
    trust for post-petition fees and expenses.**

4.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify)    **To be paid by the Debtor pursuant to the engagement letter from Stone &
    Baxter, LLP attached to the Application to Employ.**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **See engagement letter from Stone & Baxter, LLP attached to Application to Employ**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **See engagement letter from Stone & Baxter, LLP attached to Application to Employ**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__March  3, 2025_____        **/s/ David L. Bury, Jr.**
*Date*                                   **David L. Bury, Jr. 133066**
                                         *Signature of Attorney*
                                         **Stone & Baxter, LLP**
                                         **577 Third Street**
                                         **Macon, GA 31201**
                                         **478-750-9898  Fax: 478-750-9899**
                                         **dbury@stoneandbaxter.com**
                                         *Name of law firm*

---

## United States Bankruptcy Court
### Northern District of Georgia

In re   **Promenade North LLC**                                              Case No.   **25-51152**

                                                    Debtor(s)              Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **March  3, 2025**                    **/s/ Hamidou Sacko**

                                              **Hamidou Sacko**/**Managing Member**
                                              Signer/Title

.

Aria Timeless Youth Spa, LLC
5540 Centerview Dr. - Ste. 204
Raleigh, NC 27606


Banc of California, N.A.
3 MacArthur Place
Santa Ana, CA 92707


Carl S. von Mehern
3355 Pebble Hill Drive
Marietta, GA 30062


City of Roswell
38 Hill St. - Suite 235
Roswell, GA 30075


Eastside Landscaping
50 Ashley Dr.
Oxford, GA 30054


EWH Restaurant Group, LLC
7000 Peachtree Dunwoody Rd.
Ste. 8-100
Atlanta, GA 30328


First Matter Invest. Partners
3338 Peachtree Rd. - Suite 406
Atlanta, GA 30326


Fulton County Finance Dept.
141 Pryor St. SW - Suite 7001
Atlanta, GA 30303


Fulton County Tax Commissioner
c/o Dr. Arthur E. Ferdinand
141 Pryor St. SW, #1085
Atlanta, GA 30303

Georgia Department of Revenue
Compliance Division-ARCS Bankr
1800 Century Blvd. NE, #9100
Atlanta, GA 30345


Georgia Power
96 Annex
Atlanta, GA 30396


Globaflo, Inc.
5318 Cactus Cove Ln.
Buford, GA 30519


HOA Holdings Group, LLC
One Glenlake Pkwy. - Ste. 655
Atlanta, GA 30328


iBorrow Credit, LP
12100 Wilshire Blvd.
Suite 510
Los Angeles, CA 90025


Internal Revenue Service
Centralized Insolvency Op.
P.O. Box 7346
Philadelphia, PA 19101-7346


Jules Yunker
3985 Steve Reynolds Boulevard
Building B
Norcross, GA 30093


Morningbirds Roswell, LLC
2300 Lakeview Pkwy. Ste. 700
Alpharetta, GA 30009


OKCAS Group, LLC
555 N. Point Center East #400
Alpharetta, GA 30022

One Place Commercial, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022


One Stop Design Studios, LLC
760 Old Roswell Rd.
Roswell, GA 30076


Sentry Roofing Services, LLC
5430 Buford Hwy.
Norcross, GA 30071


Sisavath, LLC
10930 Crabapple Rd. - St. 5
Roswell, GA 30075


SoGlo, LLC
514 Hollow Ct.
Woodstock, GA 30189


Travelers Insurance Co.
P.O. Box 660317
Dallas, TX 75266-0317


United States Attorney
75 Ted Turner Drive, SW, #600
Atlanta, GA 30303


United States Attorney
c/o Andres H. Sandoval, Esq.
75 Ted Turner Drive SW #600
Atlanta, GA 30303-3309


Villagio Galleries, LLC
44 Milton Ave. - Ste. 223
Alpharetta, GA 30009